**DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**

| | |
|---|---|
| Diane J. Lahuta, ) | |
| ) | 4:09-CV-02012-TLW |
| Plaintiff, ) | |
| ) | |
| v. ) | JOINT STIPULATION OF |
| ) | DISMISSAL |
| Asset Acceptance LLC, ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Diane J. Lahuta, and the Defendant, Asset Acceptance, LLC, by and through their attorneys of record, and hereby stipulate that all claims herein are dismissed with prejudice, with each party to bear its own costs.

This the 19th day of April, 2010.

_____          _____
Penny Hays Cauley, Fed. ID No. 10323      Chad V. Echols, Fed. ID No. 9810
HAYS CAULEY, P.C.                          HAMILTON MARTENS & BALLOU
549 West Evans Street, Suite E             P.O. Box 10940
Florence, SC 29501                          Rock Hill, SC 29731
(843) 665-1717                              (803) 329-7624
(843) 665-1718 Facsimile                    (803) 329-7678 Facsimile
phc917@hayscauley.com                       Cechols@hmbslaw.com
Attorney for Plaintiff                      Attorney for Defendant